AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Estefano Rosa Hornung, | ) | Case No.  12-8377-WM |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED by _____ D.C.
SEP 1 9 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 16, 2012  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) | an alien, having previously been removed and deported from the United States on August 12, 2005, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:

See attached affidavit of Immigration and Customs Enforcement, Homeland Security Investigations Special Agent Daniel P. Richichi.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Daniel P. Richichi
Printed name and title

Sworn to before me and signed in my presence.

Date:  09/19/2012

_____
Judge's signature

City and state:  West Palm Beach, Florida      U.S. Magistrate Judge William Matthewman
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Daniel P. Richichi, after being duly sworn, declare as follows:

**A.     Introduction and Agent Background**

1.     I am a Special Agent with the United States Department of Homeland Security / Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in West Palm Beach, Florida. I have been employed as an HSI Agent since December 2008, and my duties and responsibilities include conducting alien smuggling and immigration related investigations. Prior to becoming a Special Agent, I was employed as an Officer with the United States Department of Homeland Security / United States Customs and Border Protection for approximately five and a half years and during that time, I conducted numerous criminal investigations involving immigration violations and immigration document and benefit fraud.

2.     The statements contained in this affidavit are based upon personal knowledge, as well as information provided by other HSI, U.S. Customs and Border Protection (hereinafter CBP) Office of Air and Marine (hereinafter OAM) agents and Border Patrol (hereinafter BP) agents and United States Coast Guard (hereinafter USCG) officers. I have not included in this Affidavit each and every fact and circumstance known, but only the facts and circumstances that I believe are sufficient to establish probable cause.

**B.     Facts**

3.     On September 16, 2012 at approximately 7:26 p.m., CBP OAM Interdiction Agents interdicted a 26' Robalo vessel bearing Florida registration "FL0714NW" approximately two nautical miles east of the Boynton Beach inlet, Florida.

1

The vessel had been identified as transiting the Atlantic Ocean from Freeport, Grand Bahama Island by a CBP OAM aircraft. Upon interdiction, Agents identified eleven individuals onboard the vessel, all of which were Brazilian nationals without documentation to enter the United States.

4. One of these Brazilian nationals was identified as Estefano ROSA HORNUNG. ROSA HORNUNG had in his possession a Brazilian passport number CY837222. Queries of several federal indices indicated that ROSA HORNUNG had been previously deported on August 12, 2005, from the United States to Brazil. ROSA HORNUNG was transferred to USCG Cutter Bluefin and on September 17, 2012 was subsequently transferred to the USCG Station Lake Worth and then to the Border Patrol Station West Palm Beach.

4. Records contained within ROSA HORNUNG's Alien file, which is the receptacle for all information maintained by ICE about an alien, revealed that ROSA HORNUNG is a native and citizen of Brazil, who was ordered, removed from the United States on July 22, 2005. A biometrics comparison revealed a positive match between the individual in custody and the one that had been previously deported by ICE referencing the name Estefano ROSA HORNUNG and FBI # 441903FC2.

5. On September 17, 2012, Homeland Security Investigations Special Agent (S/A) Daniel Richichi and S/A Kenneth Cisneros interviewed ROSA HORNUNG, which was interpreted in the Spanish language, which ROSA HORNUNG was competent in, by S/A Cisneros. After waiving his Miranda Rights, ROSA HORNUNG stated that he had been deported to Brazil on August 12, 2005.

2

6. ROSA HORNUNG stated that he was to pay a total of $17,000.00 to be smuggled into the United States and ultimately arriving in New Jersey, which was arranged by an individual named "Aender" in Brazil. ROSA HORNUNG stated that on or about August 16, 2012 he flew from Brazil to Panama City, Panama to Nassau, Bahamas and then to Freeport, Bahamas. While in Freeport, Bahamas, ROSA HORNUNG's wife wire transferred $8,000.00 to "Aender" in Brazil. ROSA HORNUNG was to pay another $8,000.00 once he arrived in Florida and $1,000.00 upon arriving in New Jersey. On September 16, 2012, ROSA HORNUNG stated he boarded the vessel, which he was interdicted on with several other Brazilian's and was destined for the United States.

9. Based upon the conduct described herein, there is probable cause to believe that ROSA HORNUNG violated Title 8, United States Code, Section 1326; Re-Entry of a Removed Alien.

FURTHER AFFIANT SAYETH NAUGHT

_____
Daniel P. Richichi, Special Agent
Homeland Security Investigations

Sworn to before me this 19th day of September, 2012

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. <u>12-8377-WM</u>

UNITED STATES OF AMERICA

vs.

ESTEFANO ROSA HORNUNG,

        **Defendant.**
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No


        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        Emalyn H. Webber
        Assistant United States Attorney
        Fla. Bar No. 407501
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        Emalyn.Webber@usdoj.gov